IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: Patrick William Trimble,            Chapter 13

       Debtor(s).                          Case No. 09-81983

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

## OBJECTION TO CLAIM NUMBER 6 OF
## HSBC BANK NEVADA, N.A.

Comes Now the Debtor, Patrick William Trimble, by and through his attorney the Honorable Charles M. Ingrum, Jr., and files this OBJECTION TO CLAIM NUMBER 6 OF HSBC BANK NEVADA, N.A. as follows:

1. The Debtor is the same who filed for relief under Chapter 13 of the United States Bankruptcy Code with the Middle District of Alabama, Eastern Division on or about the 23rd day of November, 2009.

2. On April 12, 2010, HSBC Bank of Nevada, N.A. filed a secured proof of claim, claim number 6, in the amount of $4,491.06 for a 4 wheeler.

3. The Debtor listed Yamaha Motor as an unsecured creditor in his Chapter 13 Bankruptcy Petition.

4. Prior to the filing of this bankruptcy case, the 4 wheeler was involved in an accident. The 4 wheeler was rendered a total loss.

5. Therefore, the Debtor objects to the secured status of claim number 6 and requests that it be paid as an unsecured claim.

WHEREFORE THESE PREMISES CONSIDERED, the Debtors pray that this Honorable Court will Order that claim number 6 be paid as an unsecured claim.

Respectfully submitted this the 10th day of August, 2010.

/s/ Charles M. Ingrum, Jr.
Charles M. Ingrum, Jr. (ING-028)
Attorney for Debtors
P.O. Box 229
Opelika, Alabama 36803-0229
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155
charlesingrumjr@bellsouth.net

## CERTIFICATE OF SERVICE

       I do hereby certify that I have on this day served a true and correct copy of the Debtor's OBJECTION TO CLAIM NUMBER 6 OF HSBC BANK OF NEVADA, N.A. to the parties listed below by electronically mailing or by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed on this the 10th day of August, 2010.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

HSBC Bank of Nevada, N.A.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

                                                     /s/ Charles M. Ingrum, Jr.