In re                                             Case No. 09–81983
Chapter 7

Patrick William Trimble

    Debtor

## ORDER

This case is before the court on the following matter:

*53* – Rule 9007 Motion/Notice/Objection: Motion to Redeem Property of Capital One, N.A. filed by Charles M. Ingrum Jr. on behalf of Patrick William Trimble. Responses due by 06/17/2013. (Ingrum, Charles)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

    Done this 18th day of June, 2013.

                                                      /s/ Honorable Dwight H. Williams Jr.
                                                      United States Bankruptcy Judge